## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSE LUIS CERVANTES CARRERA, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. CIV-25-1536-J |
| KRISTI NOEM, et al., | ) ) ) |
| Respondents. | ) ) |

## ORDER

Before the Court is Respondents' Status Report and Unopposed Motion to Dismiss as Moot Based on Voluntary Departure [Doc. No. 11]. The Court previously granted Respondents' motion to stay proceedings pending Petitioner's voluntarily departure in lieu of removal. Respondents have informed the Court that Petitioner voluntarily departed the United States on February 7, 2026. Based on Petitioner's departure, the Court finds that the petition is now moot. *See Ferry v. Gonzales*, 457 F.3d 1117, 1132 (10th Cir. 2006). Accordingly, the Court GRANTS Respondents' motion to dismiss [Doc. No. 11] and DISMISSES the petition as moot.

IT IS SO ORDERED this 11th day of February, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE